# UNITED STATES DISTRICT COURT
## For the District of New Jersey

UNITED STATES OF AMERICA         :

            v.                                   :         **WAIVER OF INDICTMENT**

SEAN ROBERSON                    :         Criminal Number: 14cr565-FSH
   a/k/a "GoldCard,"
   a/k/a "slacker,"              :
   a/k/a "slackerplastics,"
   a/k/a "slackerX," and         :
   a/k/a "slackerxxx"

I, SEAN ROBERSON, the above-named defendant, who is charged with the following:

Count One

from at least as early as in or around April 2011 through in or around December 2013, in Hudson County, in the District of New Jersey and elsewhere, knowingly and intentionally conspiring and agreeing with Vinicio Gonzalez, Hugo Rebaza, and others, to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and, for the purpose of executing such scheme and artifice, transmitting and causing to be transmitted by means of wire communications in interstate commerce, certain writings, signs, signals, pictures, and sounds for the purpose of executing such scheme or artifice in a manner

affecting a financial institution, as that term is defined in Title 15, United States Code, Section 20, contrary to Title 18, United States Code, Section 1343, and in violation of Title 18, United States Code, Section 1349,

Count Two

from at least as early as in or around April 2011 through in or around December 2013, in Hudson County, in the District of New Jersey and elsewhere, knowingly and intentionally conspiring and agreeing with Vinicio Gonzalez, Hugo Rebaza, and others, to traffic in false and actual authentication features for use in false identification documents, document-making implements, and means of identification, contrary to Title 18, United States Code, Section 1028(a)(8), and in violation of Title 18, United States Code, Section 1028(f),

being advised of the nature of the charges, the proposed Information, and my rights, hereby waive in open court on September 25, 2014 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Sean Roberson
Defendant

_____
Patrick McMahon, Esq.
Counsel for defendant

Before: _____
Honorable ~~James~~ B. Clark
United States ~~District~~ Judge
Magistrate